# EXHIBIT 1

# MAYER·BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel +1 202 263 3000
Main Fax +1 202 263 3300
www.mayerbrown.com

**Jamie B. Beaber**
Direct Tel +1 202 263 3153
Direct Fax +1 202 263 5209
jbeaber@mayerbrown.com

May 17, 2018

<u>VIA FEDEX</u>

Courtney VanLonkhuyzen Welton
Motorola Mobility LLC
West Merchandise Mart Plaza, Suite 1800
Chicago, IL 60654

Re:   Maxell's Smart Phone Related Patents

Dear Ms. Welton,

I represent Maxell, Ltd. ("Maxell") with respect to certain patent licensing and litigation matters. Maxell maintains and develops intellectual property assets related to smartphones, tablets and mobile devices. As a result, Maxell owns a large portfolio of patents related to such technologies, and our analysis of Motorola Mobility LLC's ("Motorola") line of smartphones demonstrates that Motorola makes, uses, sells, offers to sell, or imports products in the U.S. that might benefit from a license to certain of Maxell's patents. Maxell would welcome the opportunity to enter into constructive discussions with Motorola to determine whether the parties can agree to a mutually acceptable patent license agreement.

While Maxell continues to review its patent portfolio, we specifically call your attention to the following U.S. patents:

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
| 1 | 5,396,443 | 1-5, 7-8, 11, 12, 14-16, 22-24 | Motorola Z, X, G, E phones | 26 | 7,203,517 | 1-5, 9-10 | Motorola Z, X, G, E phones |
| 2 | 6,243,340 | 1 | Motorola Z, X, G, E phones | 27 | 7,324,487 | 1-5 | Motorola Z, X, G, E phones |
| 3 | 6,329,794 | 1-3, 5-14 | Motorola Z, X, G, E phones | 28 | 7,403,226 | 1-2, 7 | Motorola Z, X, G phones with video stabilization and/or digital zoom |

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.

M‍AYER B‍ROWN LLP

Courtney VanLonkhuyzen Welton
May 17, 2018
Page 2

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
| **4** | 6,347,068 | 1-2 | Motorola Z, X, G, E phones | **29** | 7,447,241 | 1, 3-4, 5 | Motorola Z, X, G, E phones |
| **5** | 6,408,193 | 1-7 | Motorola Z, X, G, E phones | **30** | 7,457,529 | 1-41 | Motorola Z, X, G, E phones |
| **6** | 6,424,795 | 1-7 | Motorola Z, X, G, E phones | **31** | 7,509,139 | 1, 7-14 | Motorola Z, X, G, E phones |
| **7** | 6,430,498 | 1-13 | Motorola Z, X, G, E phones | **32** | 7,515,810 | 1, 2, 6 | Motorola Z, X, G, E phones |
| **8** | 6,580,999 | 1-6 | Motorola Z, X, G, E phones | **33** | 7,671,901 | 1-2 | Motorola Z, X, G, E phones |
| **9** | 6,612,488 | 1-4 | Motorola Z, X phones with NFC and/or Tap-and-Pay feature and/or Mobile Payment | **34** | 7,689,201 | 1-4, 7 | Motorola Z, X, G, E phones |
| **10** | 6,748,317 | 1-3, 6-8, 10-11, 15-17 | Motorola Z, X, G, E phones | **35** | 7,995,897 | 1-12 | Motorola Z, X, G, E phones |
| **11** | 6,754,440 | 1-8 | Motorola Z, X, G, E phones | **36** | 8,037,161 | 3, 6 | Motorola Z, X, G, E phones with tethering and/or hotspot |

MAYER BROWN LLP

Courtney VanLonkhuyzen Welton
May 17, 2018
Page 3

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
| 12 | 6,765,616 | 13-15, 18 | Motorola Z, X, G phones with video stabilization and/or digital zoom and/or 4K video capture | 37 | 8,059,177 | 1-2 | Motorola Z, X, G phones with video stabilization and/or digital zoom |
| 13 | 6,816,491 | 1-2, 7-9 | Motorola Z, X, G, E phones | 38 | 8,098,695 | 1, 4 | Motorola Z, X, G, E phones |
| 14 | 6,856,760 | 1, 3-4, 6-7, 9-10, 12-13, 15 | Motorola Z, X, G, E phones | 39 | 8,170,394 | 1-5, 7-8 | Motorola Z, X, G, E phones |
| 15 | 6,913,194 | 1-4 | Motorola Z, X phones with NFC and/or Tap-and-Pay feature and/or Mobile Payment | 40 | 8,339,493 | 5,6 | Motorola Z, X, G phones with video stabilization and/or digital zoom and/or 4K video capture |
| 16 | 6,917,823 | 1-7 | Motorola Z, X, G, E phones | 41 | 8,417,088 | 1-4 | Motorola Z, X, G, E phones |
| 17 | 6,928,292 | 1-2 | Motorola Z, X, G, E phones | 42 | 8,654,093 | 1-7 | Motorola Z, X, G, E phones |
| 18 | 6,928,306 | 2, 5-6, 13-15 | Motorola Z, X, G, E phones | 43 | 8,736,729 | 1,2 | Motorola Z, X, G phones with video stabilization and/or digital zoom and/or 4K video capture |
| 19 | 6,954,583 | 1, 3 | Motorola Z, X, G, E phones | 44 | 8,982,086 | 1-4 | Motorola Z, X, G, E phones |

Courtney VanLonkhuyzen Welton
May 17, 2018
Page 4

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
| 20 | 6,973,334 | 1,3-4, 6 | Motorola Z, X, G, E phones | 45 | 9,100,604 | 1-5 | Motorola Z, X, G phones with digital zoom |
| 21 | 6,983,140 | 1-5 | Motorola Z, X, G, E phones | 46 | 9,420,212 | 1-6 | Motorola Z, X, G, E phones with Wi-Fi and Bluetooth |
| 22 | 7,068,503 | 1-29 | Motorola Z, X phones with with USB-C and/or Moto Mods connector | 47 | 9,451,229 | 1-12 | Motorola Z, X, G, E phones |
| 23 | 7,116,438 | 1-3 | Motorola Z, X phones with NFC | 48 | 9,489,985 | 1-12 | Motorola Z, X, G, E phones |
| 24 | 7,190,833 | 1-20 | Motorola Z, X, G, E phones | 49 | 9,544,517 | 1-11 | Motorola Z, X, G phones with digital zoom |
| 25 | 7,199,821 | 7 | Motorola Z, X, G, E phones | 50 | 9,743,129 | 1-8 | Motorola Z, X, G, E phones |

These patents are directed to technologies, including imaging/camera components, image processor, proximity sensors, touch screen, and power management incorporated in Motorola's smartphones and related hardware and software sold in the United States. Copies of each of these patents may be found by visiting the United States Patent and Trademark office website, www.uspto.gov.

We encourage you to examine (or re-examine) these patents to determine whether a non-exclusive license is needed under each of the patents identified. In particular, at least the identified claims in the above chart are believed to be practiced by the identified Motorola products. Further, many of these patents currently are the subject of pending litigation, including in *Maxell, Ltd. v. Huawei Devices USA, Inc., et al.*, C.A. Nos. 5:16-CV-00178-RWS (E.D. Tex.) and 5:18-CV-00033-RWS (E.D. Tex); *Maxell, Ltd. v. ZTE Corp., et al.*, C.A. Nos. 5:16-CV-00179-RWS (E.D. Tex.) and 5:18-CV-00034 (E.D. Tex.); *Maxell, Ltd. v. Fandango Media, LLC*,

Courtney VanLonkhuyzen Welton
May 17, 2018
Page 5

C.A. No. 2:17-CV-07534-AG-SS, (C.D. Cal.); *Maxell, Ltd. v. ASUSTeK Computer, Inc.*, C.A. No. 3:18-CV-01788 (N.D. Cal.); *Maxell, Ltd. v. Blu Products, Inc.*, C.A. No. 1:18-CV-21231 (S.D. Fla.); *Maxell, Ltd. v. Blackberry Corp., et al.*, C.A. No. 1:17-CV-01446 (D. Del.); *Maxell, Ltd. v. Olympus Corp., et al.,* C.A. No. 1:18-CV-00310-JFB-SRF (D.Del.). Because Motorola's infringing products operate in substantially the same manner as the products accused of infringement in these case, additional detail regarding Motorola's infringing activities can be gained from reviewing the complaints and allegations in these matters.

Maxell is focused on addressing these issues without the need for costly and protracted litigation, and it would welcome the opportunity to have constructive discussions with Motorola to determine whether a mutually acceptable patent license agreement can be reached. Maxell is prepared to commence discussions with you or your representative at your earliest convenience, at which time Maxell can set forth its basic licensing structure for your consideration. I will be handling this discussion on behalf of Maxell and can be reached by email at jbeaber@mayerbrown.com.  I look forward to your reply and the opportunity to discuss these matters with you or your representative.

        Sincerely,

        Jamie B. Beaber