# EXHIBIT 2

## Etters, Brittany Nicole

| | |
|---|---|
| **From:** | Beaber, Jamie B. |
| **Sent:** | Monday, April 5, 2021 12:08 PM |
| **To:** | Miller, Tiffany A.; Levy, Kfir B.; Siddiqui, Saqib; Fussell, Tripp |
| **Subject:** | FW: May 17, 2018 letter to Motorola regarding Maxwell Smart Phone Related Patents |

**From:** Beaber, Jamie B.
**Sent:** Monday, July 9, 2018 10:14 PM
**To:** Kathryn Tsirigotis <ktsirigotis@lenovo.com>
**Subject:** RE: May 17, 2018 letter to Motorola regarding Maxwell Smart Phone Related Patents

Dear Kathryn,

Thank you very much for reaching out.  My apologies for the delayed response.  I was in trial and I am just getting caught up.

I would be happy to schedule a time to meet with you in person.  I can host you in our Chicago or NC offices if you are going to be there in the coming weeks or can arrange to visit you at any of your preferred locations.  Otherwise, we should set up a time for a call to discuss.  In advance of the meeting/call, I can share some additional information with you regarding Maxell's allegation.

Thank you and very best regards,

J.B.

**From:** Kathryn Tsirigotis [mailto:ktsirigotis@lenovo.com]
**Sent:** Wednesday, May 30, 2018 2:00 PM
**To:** Beaber, Jamie B.
**Cc:** Kathryn Tsirigotis
**Subject:** RE: May 17, 2018 letter to Motorola regarding Maxwell Smart Phone Related Patents
**Importance:** High

Dear Jamie Beaber,

We are in receipt of the above referenced letter to Courtney Welton at Motorola Mobility LLC (a Lenovo company) regarding certain Maxwell Smart Phone related patents which letter listed a number of Maxwell patents and accused Motorola devices.  Please direct all further communications on this matter directly to me.  Lenovo takes all matters of intellectual property and claims of alleged patent infringement seriously and we are open to discussing this matter with you.  As you have not sent any claim charts or made an claims specific to the listed Motorola devices and as a vague reference to third party lawsuits is not appropriate to understand Maxwell's claims under its patents, we do not have sufficient information to review, examine (or re-examine) Maxwell's claims or patents with respect to our devices. I am generally available for a conference call and/or meeting and look forward to receiving information on Maxwell's actually claims and the referenced licensing structure.  Please note that I work remotely from Houston Texas however I travel regularly to our Chicago and Raleigh offices and can be available to meet face-to-face in any of the listed locations. Let me know if you would like to have a call or meeting and your suggested timing.

Regards,

1

Kathryn

**Kathryn Tsirigotis**
Director of Licensing
1009 Think Place
Morrisville, NC 27560
Lenovo

T   919-257-5324
M   919-592-8130
F   919-294-3343
E   ktsirigotis@lenovo.com



Lenovo.com

Twitter | Facebook | Instagram | Blogs | Forums

Print only when necessary

This e-mail may contain confidential or privileged information. Use or disclosure by other than intended recipient is unauthorized. If you are not an intended recipient, please notify sender and delete this e-mail.