# EXHIBIT 3

**MAYER•BROWN**

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel +1 202 263 3000
Main Fax +1 202 263 3300
www.mayerbrown.com

**Jamie B. Beaber**
Direct Tel +1 202 263 3153
Direct Fax +1 202 263 5209
jbeaber@mayerbrown.com

June 3, 2021

**VIA EMAIL**

Fergal Clarke
fclarke@lenovo.com
Director, Intellectual Property

Robert Renke
rrenke@lenovo.com
Director, Intellectual Property

Lenovo
1009 Think Place
Morrisville, NC 27560
ktsirigotis@lenovo.com

Re:   Maxell's Smart Phone Related Patents

Dear Mr. Clarke and Mr. Renke,

I write to follow-up on my various correspondence with Ms. Tsirigotis. As you may know, I had invited to host Lenovo in our Chicago or North Carolina offices to discuss whether Lenovo and Maxell can discuss an amenable resolution to authorize the Motorola line of products that were purchased by Lenovo under Maxell's smartphone patent portfolio. I was disappointed to not receive a reply to the invitation. I would like to invite Lenovo again to discuss a mutually beneficial intellectual property transaction between Lenovo and Maxell in good faith. Please let us know as soon as possible when you are available for a meeting.

As a result of our detailed analysis of Motorola's products, including recent models, we believe that Lenovo would benefit from extending a license to Maxell's smartphone patent portfolio to cover these products. Since my last invitation to you to discuss this matter, the value of Maxell's patents has increased substantially as more devices, such as Motorola's line of smartphones, have adopted more and more features and functionalities covered by Maxell's patents. This has borne out through Maxell's recent licensing and litigation successes. Specifically, all the litigations identified as "pending" in my letter of May 17, 2018 have now been resolved with very favorable results for Maxell. For example, the ZTE litigation resulted in a $43.3 million verdict on seven patents in its portfolio, including U.S. Patent Nos. 6,748,317 ("'317 Patent"); 8,339,493 ("'493 Patent"); 8,736,729 ("'729 Patent"); 6,408,193 ("'193 Patent"); 6,329,794 ("'794 Patent"); 6,816,491 ("'491 Patent"); and 8,098,695 ("'695 Patent"). Further, Maxell's patents were also at issue in additional litigation against Apple. *See Maxell, Ltd. v. Apple Inc.,* C.A. No. 5:19-CV-00036-RWS (E.D. Tex.); *Maxell, Ltd. v. Apple Inc.,* C.A. No. 6:21-CV-

MAYER BROWN LLP

Mr. Clarke and Mr. Renke
June 3, 2021
Page 2

00158-ADA (W.D. Tex.); *In the Matter of Certain Mobile Electronic Devices And Laptop Computers*, Inv. No. 337-TA-1215; and numerous foreign proceedings in Germany and Japan. The Apple litigation also resulted in a favorable settlement shortly after jury selection.

Moreover, in addition to the 50 patents identified in the May 17, 2018 correspondence, we also call your attention to the following U.S. patents that are incorporated in Motorola's smartphones and related hardware and software products:

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
| 1 | 7,139,533 | 1, 18 | Motorola Razr, Edge, G, One, E series phones | 61 | 10,529,372 | 1-6, 16-21, 31-36 | Motorola Razr, Edge, G, One, E series phones |
| 2 | 10,349,030 | 15-28 | Motorola Razr, Edge, G, One, E series phone | 62 | 6,697,563 | 5, 10 | Motorola Razr, Edge, G, One, E series phones |
| 3 | 7,196,986 | 1, 3, 4 | Motorola Razr, Edge, G, One, E series phones | 63 | 10,389,978 | 1, 2, 8 | Motorola Razr, Edge, G, One, E series phones |
| 4 | 10,244,284 | 1-20 | Motorola Razr, Edge, G, One, E series phones | 64 | 10,854,237 | 1-7, 14, 19, 27, 32 | Motorola Razr, Edge, G, One, E series phones |
| 5 | 7,104,444 | 1, 3 | Motorola Razr, Edge, G, One, E series phones; Motorola moto360 smartwatches | 65 | 8,130,284 | 1-8 | Motorola Razr, Edge, G, One, E series phones |
| 6 | 8,139,927 | 1-4 | Motorola Razr, Edge, G, One, E series phones | 66 | 8,724,962 | 1, 2 | Motorola Razr, Edge, G, One, E series phones |
| 7 | 8,599,244 | 1, 8, 14 | Motorola Razr, Edge, G, One, E series phones | 67 | 8,214,459 | 1-2 | Motorola Razr, Edge, G, One, E series phones |
| 8 | 7,047,052 | 2 | Motorola Razr, Edge, G, One, | 68 | 8,311,389 | 3-4, 7-8 | Motorola Razr, Edge, |

Mr. Clarke and Mr. Renke
June 3, 2021
Page 3

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
| | | | E series phones | | | | G, One, E series phones |
| 9 | 10,264,456 | 1-3, 5-20 | Motorola Razr, Edge, G, One, E series phones, Motorola moto360 smartwatches | 69 | 7,362,952 | 1, 10, 14 | Motorola Razr, Edge, G, One, E series phones |
| 10 | 7,577,417 | 1, 2 | Motorola Razr, Edge, G, One, E series phones | 70 | 8,477,850 | 1, 16, 17, 18, 20 | Motorola Razr, Edge, G, One, E series phones |
| 11 | 7,054,649 | 1 | Motorola Razr, Edge, G, One, E series phones; Motorola moto360 smartwatches | 71 | 8,504,544 | 1-2 | smartphones Lenovo Tab P and M series tablets |
| 12 | 7,187,374 | 1 | Motorola Razr, Edge, G, One, E series phones | 72 | 8,549,109 | 1-5 | Motorola Razr, Edge, G, One, E series phones |
| 13 | 6,816,444 | 4, 10 | Motorola Razr, Edge, G, One, E series phones | 73 | 8,644,684 | 1-2 | Motorola Razr, Edge, G, One, E series phones |
| 14 | 8,156,077 | 1, 10, 15, 20 | Motorola Razr, Edge, G, One, E series phones | 74 | 7,562,231 | 1-3 | Motorola Razr, Edge, G, One, E series phones |
| 15 | 8,112,503 | 1, 9 | Motorola Razr, Edge, G, One, E series phones | 75 | 10,911,719 | 1-14 | Motorola Razr, Edge, G, One, E series phones |
| 16 | 10,176,848 | 8-11, 13-20 | Motorola Razr, Edge, G, One, E series phones | 76 | 8,892,688 | 1-8 | Motorola Razr, Edge, G, One, E series phones |

Mr. Clarke and Mr. Renke
June 3, 2021
Page 4

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
| 17 | 10,915,220 | 1, 7 | Motorola moto360 smartwatches | 77 | 7,508,760 | 2 | Motorola Razr, Edge, G, One, E series phones |
| 18 | 9,099,154 | 1 | Motorola Razr, Edge, G, One, E series phones | 78 | 9,083,942 | 1, 4, 7, 10, 13, 16, 19, 22 | Motorola Razr, Edge, G, One, E series phones |
| 19 | 8,526,791 | 1, 8, 15 | Motorola Razr, Edge, G, One, E series phones | 79 | 10,210,904 | 1, 7, 12, 18 | Motorola Razr, Edge, G, One, E series phones |
| 20 | 9,942,483 | 1, 8 | Motorola Razr, Edge, G, One, E series phones | 80 | 9,124,758 | 1-4, 6-17 | Motorola Razr, Edge, G, One, E series phones |
| 21 | 6,940,494 | 1-11 | Motorola Razr, Edge, G, One, E series phones | 81 | 9,197,917 | 9-16, 25-48 | Motorola Razr, Edge, G, One, E series phones |
| 22 | 7,084,757 | 1, 5 | Motorola Razr, Edge, G, One, E series phones | 82 | 9,313,295 | 1, 5-10, 13-14, 17-18 | Motorola Razr, Edge, G, One, E series phones |
| 23 | 10,685,681 | 1, 8, 14, 21 | Motorola Razr, Edge, G, One, E series phones | 83 | 8,255,679 | 1, 7 | Motorola Razr, Edge, G, One, E series phones |
| 24 | 9,704,389 | 1, 5 | Motorola Razr, Edge, G, One, E series phones | 84 | 9,418,704 | 1-10 | Motorola Razr, Edge, G, One, E series phones; Lenovo Tab P and M series tablets |
| 25 | 10,423,769 | 1-15 | Motorola Razr, Edge, G, One, E series phones; Motorola | 85 | 8,334,933 | 1 | Motorola Razr, Edge, G, One, E series phones |

Mr. Clarke and Mr. Renke
June 3, 2021
Page 5

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
| | | | moto360 smartwatches | | | | |
| 26 | 10,298,737 | 1, 3 | Motorola Razr, Edge, G, One, E series phones | 86 | 9,432,618 | 1-8 | Motorola Razr, Edge, G, One, E series phones |
| 27 | 7,113,909 | 1, 2, 6-7, 12-13 | Motorola Razr, Edge, G, One, E series phones; Motorola moto360 smartwatches | 87 | 6,987,978 | 1, 5 | Motorola Razr, Edge, G, One, E series phones; Lenovo Tab P and M series tablets, Motorola moto360 smartwatches |
| 28 | 10,511,757 | 1-8 | Motorola Razr, Edge, G, One, E series phones | 88 | 7,293,294 | 17-20 | Motorola Razr, Edge, G, One, E series phones |
| 29 | 7,084,880 | 1, 14, 16 | Motorola Razr, Edge, G, One, E series phones | 89 | 7,158,770 | 1, 7 | Motorola Razr, Edge, G, One, E series phones; Motorola moto360 smartwatches |
| 30 | 7,421,188 | 1-9 | Motorola Razr, Edge, G, One, E series phones | 90 | 9,661,101 | 1-12 | Motorola Razr, Edge, G, One, E series phones |
| 31 | 8,289,450 | 2 | Motorola Razr, Edge, G, One, E series phones | 91 | 10,747,832 | 1 | Motorola Razr, Edge, G, One, E series phones; Motorola moto360 smartwatches |
| 32 | 10,462,278 | 1-17 | Motorola Razr, Edge, G, One, | 92 | 9,773,522 | 13-14, 16-17, 19-20, 22-23 | Motorola Razr, Edge, |

Mr. Clarke and Mr. Renke
June 3, 2021
Page 6

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
|  |  |  | E series phones |  |  |  | G, One, E series phones |
| 33 | 7,245,293 | 1-3 | Motorola Razr, Edge, G, One, E series phones | 93 | 9,818,449 | 1-16 | Motorola Razr, Edge, G, One, E series phones |
| 34 | 7,248,743 | 1, 7 | Motorola Razr, Edge, G, One, E series phones | 94 | 9,159,368 | 1-5 | Motorola Razr, Edge, G, One, E series phones |
| 35 | 7,719,417 | 1 | Motorola Razr, Edge, G, One, E series phones | 95 | 16/883,124 (allowed) | 1, 9, 16, 21 | Motorola Razr, Edge, G, One, E series phones |
| 36 | 7,312,791 | 1-7 | Motorola Razr, Edge, G, One, E series phones | 96 | 8,005,960 | 1, 3 | Motorola Razr, Edge, G, One, E series phones |
| 37 | 7,639,706 | 1, 2, 4 | Motorola Razr, Edge, G, One, E series phones | 97 | 6,484,034 | 1, 8-9 | Motorola Razr, Edge, G, One, E series phones |
| 38 | 7,952,645 | 1, 3, 4 | Motorola Razr, Edge, G, One, E series phones | 98 | 7,072,673 | 1-4, 9, 15 | Motorola Razr, Edge, G, One, E series phones |
| 39 | 7,464,170 | 1 | Motorola Razr, Edge, G, One, E series phones | 99 | 9,723,268 | 1-4 | Motorola Razr, Edge, G, One, E series phones |
| 40 | 10,418,069 | 1, 6-12 | Motorola Razr, Edge, G, One, E series phones | 100 | 10,084,991 | 1-16 | Motorola Razr, Edge, G, One, E series phones |
| 41 | 7,584,431 | 1 | Motorola Razr, Edge, G, One, E series phones | 101 | 9,066,058 | 1, 2, 4, 5 | Motorola Razr, Edge, G, One, E series phones |
| 42 | 10,645,424 | 1, 7 | Motorola Razr, Edge, G, One, | 102 | 9,369,761 | 1, 2, 5-6, 9 | Motorola Razr, Edge, |

Mr. Clarke and Mr. Renke
June 3, 2021
Page 7

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
| | | | E series phones | | | | G, One, E series phones |
| 43 | 7,551,209 | 1-6 | Motorola Razr, Edge, G, One, E series phones | 103 | 8,571,392 | 1-6 | Motorola Razr, Edge, G, One, E series phones |
| 44 | 7,613,383 | 1-4 | Motorola Razr, Edge, G, One, E series phones | 104 | 10,057,371 | 1-12 | Motorola Razr, Edge, G, One, E series phones |
| 45 | 7,626,498 | 1-22 | Motorola moto360 smartwatches | 105 | 10,070,099 | 1, 6 | Motorola Razr, Edge, G, One, E series phones |
| 46 | 10,199,072 | 1, 6, 11, 16 | Motorola Razr, Edge, G, One, E series phones | 106 | 10,129,590 | 1-10 | Motorola Razr, Edge, G, One, E series phones |
| 47 | 16/260,879 (allowed) | 1 | Motorola Razr, Edge, G, One, E series phones | 107 | 10,212,586 | 1-3, 6-11, 13-20 | Motorola Razr, Edge, G, One, E series phones; Motorola moto360 smartwatches |
| 48 | 10,728,362 | 1, 7 | Motorola Razr, Edge, G, One, E series phones | 108 | 10,783,228 | 1-6, 12-17 | Motorola Razr, Edge, G, One, E series phones; Motorola moto360 smartwatches |
| 49 | 8,566,890 | 1 | Motorola Razr, Edge, G, One, E series phones | 109 | 10,812,646 | 1-8, 13-20 | Motorola Razr, Edge, G, One, E series phones |
| 50 | 9,154,545 | 1, 4, 7 | Motorola Razr, Edge, G, One, E series phones | 110 | 10,834,459 | 1-13 | Motorola Razr, Edge, G, One, E series phones |

Mr. Clarke and Mr. Renke
June 3, 2021
Page 8

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
| 51 | 9,154,003 | 1, 7, 14, 15 | Motorola Razr, Edge, G, One, E series phones; Motorola moto360 smartwatches | 111 | 10,757,344 | 1, 3 | Motorola Razr, Edge, G, One, E series phones |
| 52 | 10,679,674 | 1, 9, 17, 23 | Motorola Razr, Edge, G, One, E series phones | 112 | 9,503,648 | 1-8 | Motorola Razr, Edge, G, One, E series phones |
| 53 | 9,032,438 | 2 | Motorola Razr, Edge, G, One, E series phones | 113 | 7,391,964 | 1, 9, 11, 19 | Motorola Razr, Edge, G, One, E series phones |
| 54 | 8,180,198 | 1, 6 | Motorola Razr, Edge, G, One, E series phones | 114 | 9,721,462 | 1, 9, 11 | Motorola Razr, Edge, G, One, E series phones |
| 55 | 15/898,351 (allowed) | 1, 5 | Motorola Razr, Edge, G, One, E series phones | 115 | 8,111,263 | 1, 12 | Motorola Razr, Edge, G, One, E series phones |
| 56 | 10,050,474 | 1, 4, 5, 6, 11 | Motorola Razr, Edge, G, One, E series phones | 116 | 9,774,776 | 1, 3, 4, 5, 7-10 | Motorola Razr, Edge, G, One, E series phones |
| 57 | 7,283,671 | 1, 19 | Motorola Razr, Edge, G, One, E series phones | 117 | 9,591,261 | 1, 5, 10 | Motorola Razr, Edge, G, One, E series phones |
| 58 | 10,726,159 | 1 | Motorola Razr, Edge, G, One, E series phones | 118 | 16/080,313 (allowed) | 1 | Motorola moto360 smartwatches |
| 59 | 10,467,515 | 1 | Motorola Razr, Edge, G, One, E series phones | 119 | 10,635,962 | 1 | Motorola Razr, Edge, G, One, E series phones |
| 60 | 8,099,136 | 1 | Motorola Razr, Edge, G, One, | | | | |

Mr. Clarke and Mr. Renke
June 3, 2021
Page 9

| No. | U.S. Pat. No. | Claims | Accused Product(s) | No. | U.S. Pat. No. | Claims | Accused Product(s) |
|---|---|---|---|---|---|---|---|
| | | | E series phones | | | | |

These patents are directed to technologies, including imaging/camera components, image processor, proximity sensors, touch screen, power management, wireless communications including Bluetooth, WiFi, NFC, and cellular communications, biometric authentication, positioning, user interfaces, and content management incorporated in Motorola smartphones and smartwatches and related hardware and software sold in the United States. Copies of each of these patents may be found by visiting the United States Patent and Trademark office website, www.uspto.gov.

I will be handling this discussion on behalf of Maxell as the duly authorized representative of Maxell and can be reached by email at jbeaber@mayerbrown.com. I look forward to conducting a meeting with you as soon as possible.

Sincerely,

Jamie B. Beaber