# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MAXELL, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., AND MOTOROLA MOBILITY LLC, <br><br> *Defendants*. | Case No. 6:22-cv-00334-ADA <br><br> **JURY TRIAL DEMANDED** |

## STATUS REPORT

Pursuant to the Order Granting Defendants' Unopposed Motion to Stay Action Pending ITC Determination (D.I. 12), Plaintiff Maxell, Ltd. and Defendants Lenovo Group Ltd., Lenovo (United States) Inc., and Motorola Mobility LLC state that the ITC investigation is currently pending as to all patents asserted in the above-captioned action. The Hearing in the ITC investigation is scheduled for May 22-26, 2023 and the target date for completion of the investigation is January 8, 2024.

Dated: November 28, 2022

By: */s/ Jamie B. Beaber*
    Michael Chibib
    Texas Bar No. 00793497
    BRACEWELL LLP
    111 Congress Avenue, Suite 2300
    Austin, Texas 78701
    Telephone: (512) 472-7800
    Facsimile: (800) 404-3970
    michael.chibib@bracewell.com

By: */s/ John M. Guaragna*
    John M. Guaragna
    Texas Bar No 24043308
    Jennifer Librach Nall
    Texas Bar No 24061613
    DLA PIPER LLP (US)
    303 Colorado St., Suite 3000
    Austin, TX 78701
    Tel: 512.457.7125

Jamie B. Beaber
Kfir B. Levy
James A. Fussell, III
Tiffany A. Miller
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
klevy@mayerbrown.com
jfussell@mayerbrown.com
tmiller@mayerbrown.com

Geoff Culbertson
Kelly Tidwell
Patton, Tidwell & Culbertson, LLP
2800 Texas Boulevard (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Craig D. Cherry
State Bar No. 24012419
Mark D. Siegmund
State Bar No. 24117055
Justin Allen
State Bar No. 24081977
STECKLER WAYNE
CHERRY & LOVE, PLLC
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
craig@swclaw.com
mark@swclaw.com
justin@swclaw.com

*Counsel for Plaintiff Maxell, Ltd.*

Fax: 512.457.7001
john.guaragna@us.dlapiper.com

*Counsel for Defendants Lenovo Group, Ltd., Lenovo (United States) Inc., and Motorola Mobility LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 28, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing via electronic mail to all counsel of record.

Dated: November 28, 2022                               */s/ Jamie B. Beaber*
                                                                Jamie B. Beaber